FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

January 26, 2023

No. 04-22-00594-CR

**EX PARTE** Jorge Ramos **PALOS**

From the County Court, Kinney County, Texas
Trial Court No. 10384CR
Honorable Tully Shahan, Judge Presiding

# O R D E R

On January 25, 2023, appellant filed an unopposed motion requesting an extension of time to file appellant's reply brief. Appellant's motion is GRANTED. Appellant's brief is due **no later than March 1, 2023**. *Further requests for extension of time will be disfavored.*

It is so **ORDERED** on January 26, 2023.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT